NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HARRY ZEA and ALISON ZEA, a/k/a )
ALLISON ZEA, )
)
      Appellants, )
)
v. )     Case No. 2D18-212
)
NATIONAL COLLECTIONS, LLC, )
)
      Appellee. )
_____)

Opinion filed April 3, 2019.

Appeal from the Circuit Court for Collier
County; James Shenko, Judge.

Stanley A. Bunner, Jr., and Nicholas
W. Long of Law Office of Stanley A.
Bunner, Jr., PLLC, Naples, for
Appellants.

Andrew B. Greenlee of Andrew B.
Greenlee, P.A., Sanford, for Appellee.

PER CURIAM.

      Affirmed.

KELLY, KHOUZAM, and LUCAS, JJ., Concur.